**NOT DESIGNATED FOR PUBLICATION**

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 04-1241

**STATE OF LOUISIANA**

**VERSUS**

**EARL JOSEPH DUPUIS**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. FC 960440
HONORABLE DAVID BLANCHET, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## JOHN D. SAUNDERS
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED.**

**Cynthia Carrie LeBourgeois**
**Attorney at Law**
**239 La Rue France**
**Lafayette, LA 70508**
**(337) 232-2320**
**Counsel for: Plaintiff/Appellee**
**Dawn Dupuis**

**Desiree G. Dangerfield**
**Assistant District Attorney**
**800 S. Buchanan, 6th Floor**
**Lafayette, LA 70502**
**(337) 261-2616**
**Counsel for: Appellee**
**State of Louisiana, Support Enforcement Services**

**Earl Joseph Dupuis**
**Box 92972**
**Lafayette, LA 70509**
**Counsel for: Defendant/Appellant**